UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIN WANG,<br><br>                           Plaintiff,<br><br>-against-<br><br>ESSENCE INTERNATIONAL FINANCIAL HOLDINGS LIMITED (A/K/A SDIC SECURITIES INTERNATIONAL FINANCIAL HOLDINGS LIMITED),<br><br>                           Defendant. | 24-CV-8376 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action alleging that Defendant violated federal securities laws. The Court dismisses the complaint for the following reason.

Plaintiff has previously submitted to this court an identical complaint against the same defendant. That case is presently pending before the Court under docket number 24-CV-8204 (LTS). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-8204 (LTS).

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of No. 24-CV-8204 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated: November 6, 2024
       New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                         Chief United States District Judge