UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIN WANG,

                              Plaintiff,

              -against-                                          24cv8376 (LTS)

ESSENCE INTERNATIONAL FINANCIAL                    CIVIL JUDGMENT
HOLDINGS LIMITED (A/K/A SDIC
SECURITIES INTERNATIONAL
FINANCIAL HOLDINGS LIMITED),

                              Defendant.

    For the reasons stated in the November 6, 2024, order, this action is dismissed. Plaintiff's

complaint is dismissed as duplicative of No. 24-CV-8204 (LTS). The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and

therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United

States, 369 U.S. 438, 444-45 (1962). SO ORDERED.


 Dated:    November 12, 2024
           New York, New York


                                        _____/s/ Laura Taylor Swain_____
                                             LAURA TAYLOR SWAIN
                                          Chief United States District Judge